IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY WEAVER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN PALAKOVICH, et al. | : | No. 10-3888 |

**O R D E R**

AND NOW, this 11th day of February, 2013, upon consideration of Petitioner's

petition for a writ of habeas corpus, and Respondents' response thereto, IT IS HEREBY

ORDERED that Petitioner's petition is **DENIED WITH PREJUDICE AND**

**WITHOUT A HEARING.**

　　**IT IS FURTHER ORDERED** that no certificate of appealability will be issued

pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing

of denial of a constitutional right.

　　The Clerk of Court is hereby directed to mark this case closed.

　　　　　　　　　　　　　　　　　　　　　/s/ J. William Ditter, Jr.
　　　　　　　　　　　　　　　　　　　　　J. WILLIAM DITTER, JR., J.